John R. Brydon (Bar No. 83365)
Paul A. Peters (Bar No. 148497)
James V. Weixel (Bar No. 166024)
**DEMLER, ARMSTRONG & ROWLAND, LLP**
101 Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone:   (415) 949-1900
Facsimile:   (415) 354-8380
Email:   *bry@darlaw.com*
    *pap@darlaw.com*
    *jvw@darlaw.com*

Attorneys for Defendant
FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CRISCO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, et al.,<br><br>Defendants. | Case No.: 3:19-cv-07320- DMR<br><br>(Sonoma County Sup. Ct. No. SCV-265307)<br><br>**STIPULATION** |

This Stipulation is entered into between Plaintiffs Patricia Crisco, Winnifred Davis, Dorothy Hughes, Clarice McCoy, Yvonne Rawhouser, James Robinson, Kenneth Simas, Carma Simonsen, Inger Simonsen, Theresa Udall and Defendants Foremost Insurance Company, Grand Rapids, Michigan, Inc. and Foremost Property and Casualty Insurance Company ("Defendants"), in an effort to streamline this litigation but allowing the parties to assert their respective positions under the guidance of the court.  Thus, the parties AGREE and STIPULATE as follows:

1. If the Court rules in favor of the Defendant as to its currently filed Motion for Summary Judgment, then the Court shall enter a judgment in favor of Defendant.

2. If the Court rules in favor of the Plaintiffs, a judgment will be entered in their favor in the sum of $636,786 plus $50,000 for a total of $686,786. The amount of this judgment is fixed and includes any and all claims Plaintiffs have or could have made in this matter including all claims for pre and post judgment interest and costs to the date of judgment, but does not include further claims for costs should an appeal be taken from the judgment entered.

3. If the Court rules in any way other than as set forth above, the Parties stipulate that the remainder of the case will be limited exclusively to obtaining a final adjudication of the claim for total loss benefits currently briefed in the pending Motions for Summary Judgment, and stipulate that any final judgment in favor of Plaintiffs shall be as set forth above.

4. Once a judgment is entered the parties will have and retain all rights to appeal from the judgment entered; provided, however, that the scope of the litigation will remain as set forth above, with final judgment to be as set forth in paragraph 1 or 2 above.

/////

/////

4848-4238-8652, v. 1

Dated: November 20, 2020       GUY KORNBLUM, A PROFESSIONAL LAW
                               CORPORATION

                               By: _____
                               Guy O. Kornblum, Esq.
                               Yaelle E. Shaham, Esq.
                               Mukesh Advani
                               Attorneys for Plaintiffs
                               PATRICIA CRISCO, et al.

Dated: November 20, 2020       LEGAL AID OF SONOMA COUNTY

                               By: _____
                               Kendall M. Jarvis, Esq.
                               Attorneys for Plaintiffs
                               PATRICIA CRISCO, et al.

Dated: November 20, 2019       DEMLER, ARMSTRONG & ROWLAND, LLP

                               By: _____
                               John R. Brydon
                               Paul A. Peters
                               James V. Weixel
                               Attorneys for Defendant
                               FOREMOST INSURANCE COMPANY
                               GRAND RAPIDS, MICHIGAN

3
PROPOSED STIPULATION

4848-4238-8652, v. 1

# PROOF OF SERVICE
<u>Patricia Crisco, et al. vs. Foremost Insurance Company, et al.</u>
Sonoma County Superior Court Action No. SCV-265307
United States District Court for the Northern District of
California Case No. 4:19-cv-07320

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 101 Montgomery Street, Suite 1800, San Francisco, California 94104.

On December 1, 2020, I served the foregoing document(s) described as follows:

**PROPOSED STIPULATION**

on the interested parties in this action by placing the copies thereof enclosed in sealed envelopes addressed as follows:

Guy O. Kornblum, Esq.
Yaelle E. Shaham, Esq.
Mukesh Advani
GUY KORNBLUM, A PROFESSIONAL LAW CORPORATION
1388 Sutter Street, Suite 805
San Francisco, CA 94109
Email:  gkornblum@kornblumlaw.com
        yshaham@kornblumlaw.com
        madvani@kornblumlaw.com
        ewadsworth@kornblumlaw.com


Telephone:  (415) 440-7800
Facsimile:   (415) 440-7898


Kendall M. Jarvis, Esq.
LEGAL AID OF SONOMA COUNTY
144 South E Street, Suite 100
Santa Rosa, CA 95403
Email:  kjarvis@legalaidsc.com
Telephone:  (707) 308-2513

*Attorneys for Plaintiffs*


XX   ONLY BY ELECTRONIC TRANSMISSION. Only by emailing the document(s) to the persons at the e-mail address(es).  This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic because this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only, when we return to the office at the conclusion of the national emergency.

1  I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct.  Executed on December 1, 2020, at San Francisco, California.

_____
Michelle Bonilla