UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICIA CRISCO, et al., | | |
| Plaintiffs, | | No. C 19-07320 WHA |
| v. | | |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, et al., | | **JUDGMENT** |
| Defendants. | | |

For the reasons set forth in the accompanying order (Dkt. No. 52), and in accord with the parties stipulation (Dkt. No. 50), judgement is hereby entered in favor of plaintiffs Patricia Crisco, Winnifred Davis, Dorothy Hughes, Clarice McCoy, Yvonne Rawhouser, James Robinson, Kenneth Simas, Carma Simonsen, Inger Simonsen, and Theresa Udall, and against defendants Foremost Insurance Company Grand Rapids, Michigan, and Foremost Property and Casualty Insurance Company, in the sum of $636,786 plus $50,000, for a total of $686,786. The clerk shall please close the file.

**IT IS SO ORDERED.**

Dated: December 4, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE