1  Guy O. Kornblum, Esq.
   Yaelle E. Shaham, Esq.
2  Mukesh Advani
   **GUY KORNBLUM, A PROFESSIONAL LAW CORPORATION**
3  1388 Sutter Street, Suite 805
   San Francisco, CA 94109
4  Telephone: (415) 440-7800
   Facsimile: (415) 440-7898
5  Email: gkornblum@kornblumlaw.com
          yshaham@kornblumlaw.com
6         madvani@kornblumlaw.com
          ewadsworth@kornblumlaw.com
7

8  Kendall M. Jarvis, Esq.
   **LEGAL AID OF SONOMA COUNTY**
9  144 South E Street, Suite 100
   Santa Rosa, CA 95403
10 Telephone: (707) 308-2513
   Email: kjarvis@legalaidsc.com
11
   Attorneys for Plaintiffs
12 PATRICIA CRISCO, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CRISCO, et al., | Case No.: 3:19-cv-07320- DMR |
| Plaintiffs, | (Sonoma County Sup. Ct. No. SCV-265307) |
| v. | **SATISFACTION OF JUDGMENT** |
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, et al., | |
| Defendants. | |

WHEREAS, a judgment was entered in the above action on the Fourth day of December, 2020 in favor of Plaintiffs Patricia Crisco, Dorothy Hughes, Inger Simonsen, James Robinson, Kenneth Simas, Theresa Udall, Winnifred Davis, Yvonne Rawhouser, Clarice McCoy, Carma Simonsen and against defendants Foremost Insurance Company Grand Rapids, Michigan and Foremost Property and Casualty Insurance Company in the amount of $686,786.00 total, each party to bear their own costs fees (per stipulation)

1

SATISFACTION OF JUDGMENT

4848-4238-8652 v.1

| | |
|---|---|
| 1 | WHEREAS, said judgment has been fully paid, it is certified that there are no outstanding |
| 2 | executions with any Sheriff or Marshall, |
| 3 | THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, |
| 4 | and the Clerk of the Court is hereby authorized and directed to make an entry of the full and |
| 5 | complete satisfaction on the docket of said judgment. |

Dated: December 16th, 2020

GUY KORNBLUM, A PROFESSIONAL LAW CORPORATION

By: _____
Guy O. Kornblum, Esq.
Yaelle E. Shaham, Esq.
Mukesh Advani
Attorneys for Plaintiffs
PATRICIA CRISCO, et al.

Dated: December ____, 2020

LEGAL AID OF SONOMA COUNTY

By: _____
Kendall M. Jarvis, Esq.
Attorneys for Plaintiffs
PATRICIA CRISCO, et al.

**PROOF OF SERVICE**
<u>Patricia Crisco, et al. vs. Foremost Insurance Company, et al.</u>
Sonoma County Superior Court Action No. SCV-265307
United States District Court for the Northern District of
California Case No. 4:19-cv-07320

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is 101 Montgomery Street, Suite 1800, San Francisco, California 94104.

On December 31, 2020, I served the foregoing document(s) described as follows:

### SATISFACTION OF JUDGMENT

on the interested parties in this action by placing the copies thereof enclosed in sealed envelopes addressed as follows:

Guy O. Kornblum, Esq.
Yaelle E. Shaham, Esq.
Mukesh Advani
GUY KORNBLUM, A PROFESSIONAL LAW CORPORATION
1388 Sutter Street, Suite 805
San Francisco, CA  94109
Email:  gkornblum@kornblumlaw.com
            yshaham@kornblumlaw.com
            madvani@kornblumlaw.com
            ewadsworth@kornblumlaw.com


Telephone:  (415) 440-7800
Facsimile:   (415) 440-7898


Kendall M. Jarvis, Esq.
LEGAL AID OF SONOMA COUNTY
144 South E Street, Suite 100
Santa Rosa, CA  95403
Email:  kjarvis@legalaidsc.com
Telephone:  (707) 308-2513

*Attorneys for Plaintiffs*


XX   ONLY BY ELECTRONIC TRANSMISSION. Only by emailing the document(s) to the persons at the e-mail address(es).  This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic because this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only, when we return to the office at the conclusion of the national emergency.

1
PROOF OF SERVICE
4845-0343-1850, v. 1

1 |     I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 31, 2020, at San Francisco, California.

_____
Michelle Bonilla